# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 11-4244

United States v. Passalaqua

## ORDER

At the direction of the Court, the opinion and judgment filed November 29, 2012 are hereby vacated.  The case will be submitted to a reconstituted merits panel for disposition.

For the Court,

 /s/ Marcia M. Waldron
Clerk

Dated: December 3, 2012
JK/cc: Mark E. Coyne, Esq.
       David W. Feder, Esq.
       K. Anthony Thomas, Esq.